JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Tina Williams | Case No.: 2:21-cv-09003-DSF-JPR |
|---|---|
| Plaintiff; | **ORDER OF DISMISSAL** |
| v. | |
| Lemonade Insurance Agency, LLC, | Judge: Hon. Dale S. Fischer |
| Defendant. | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

Dated: April 21, 2022

*Dale S. Fischer*
Hon. Dale S. Fischer
United Stated District Judge

1